~~SECRET~~ unsealed 03-10-08

FILED
08 MAR -4 PM 2: 35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___CI___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 0618 BEN |
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 18, U.S.C., |
| KENT DOUGLAS TREGO, | ) | Sec. 1513(b)(2) - Threatening a Federal Witness; Title 18, U.S.C., |
| | ) | Sec. 875(c) - Threatening |
| Defendant. | ) | Interstate Communications |
| | ) | |

The grand jury charges:

Count 1

On or about January 12, 2008, within the Southern District of California, defendant KENT DOUGLAS TREGO did knowingly threaten to engage in conduct causing bodily injury to another person with intent to retaliate against that person for providing information to a Federal law enforcement officer relating to the commission or possible commission of a Federal offense; in violation of Title 18, United States Code, Section 1513(b)(2).

//
//
//
//

MDD:nlv:San Diego
3/4/08

### Count 2

On or about January 12, 2008, within the Southern District of California, defendant KENT DOUGLAS TREGO knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another; in violation of Title 18, United States Code, Section 875(c).

### Count 3

On or about December 1, 2007, within the Southern District of California, defendant KENT DOUGLAS TREGO knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another; in violation of Title 18, United States Code, Section 875(c).

DATED: March 4, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MITCHELL D. DEMBIN
Assistant U. S. Attorney