Minutes of the United States District Court
Southern District of California
March 10, 2008

HON. **LOUISA S. PORTER**          DEPUTY CLERK: **R. MESSIG**

TAPE NO. POR08-1; 14:32-14:37

08CR618-BEN      USA      vs.      KENT DOUGLAS TREGO (1)(C)(ENG) 07477298

INITIAL APP AND ARR                BRIDGETT KENNEDY OF FEDERAL DEFENDERS, S/A
ON INDICTMENT
                                   AUSA: GEORGE MANAHAN

DOA: 3/07/08

GOVT'S ORAL MOT TO UNSEAL THE INDICTMENT - GRANTED

DFT'S FIRST APPEARANCE; DFT INFORMED OF CHARGES

MARK ADAMS, CJA - APPOINTED

GOVERNMENT ORAL MOTION FOR DETENTION (DANGER TO THE COMMUNITY)

DETENTION HEARING SET FOR 3/12/08 3:00PM BEFORE JUDGE PORTER

MOTION HEARING/TRIAL SETTING SET FOR 4/28/08 2:00PM BEFORE JUDGE BENITEZ

5 MINS