MARK F. ADAMS
Attorney at Law
California State Bar No. 097377
964 Fifth Avenue, Ste. 335
San Diego, CA  92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429
Electronic mail: markadamsesq@yahoo.com

Attorney for Defendant
**Kent Douglas Trego**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **CASE NO. 08CR0618-BEN** |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL OF DENIAL OF MOTION FOR BAIL AND REQUEST FOR *DE NOVO* BAIL REVIEW** |
| vs. | |
| KENT DOUGLAS TREGO, | **Date: April 28, 2008** |
| Defendant. | **Time: 2:00 p.m.** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
MITCHELL D. DEMBIN, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on Monday, April 28, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, Kent Trego, by and through the undersigned counsel, will seek *de novo* review of the Magistrate Judge's denial of bail on April 17, 2008.

Dated: April 18, 2008          */s/ Mark F. Adams*_____
                                MARK F. ADAMS
                                Attorney for Defendant
                                Kent Douglas Trego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0618-BEN |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| KENT DOUGLAS TREGO, ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Mark F. Adams, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 335, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the defense NOTICE OF APPEAL OF DENIAL OF MOTION FOR BAIL AND REQUEST FOR *DE NOVO* BAIL REVIEW on the following parties by electronically filing the foregoing with the Clerk of the United States District Court using its ECF System, which electronically notifies the following individuals:

Mitchell D. Dembin , Attorney for the Government, mitch.dembin@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct and that this proof of service was executed on April 18, 2008 at San Diego, California.

*/s/ Mark F. Adams*
Mark F. Adams