# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08cr0618-BEN |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Kent Douglas Tlego (1) | ) | Booking No. 07477298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _July 7, 2008_ the Court entered the following order:

__X__ Defendant be released from custody.

__X__ Defendant placed on (supervised) unsupervised (probation) supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

_____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Crim-9   (Rev 6-95)                G. Rivera                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY