# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )    CASE NUMBER 08cr0618-BEN
                         )
            vs           )    ABSTRACT OF ORDER
Kurt Douglas             )
Trego (1)                )    Booking No. 07477298
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____July 7, 2008_____
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ _____ dismissing appeal filed.

__X_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X_____ Other. _Defendant sentenced to 5 years Probation._

UNITED STATES MAGISTRATE JUDGE

                                    OR
Received _____         W. SAMUEL HAMRICK, JR.  Clerk
          DUSM                   by
                                    _____
                                    Deputy Clerk
                                    G. Rivera

Crim-9  (Rev 6-95)                           ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY